ELLEN F. ROSENBLUM
Attorney General
TODD MARSHALL  #112685
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Todd.Marshall@doj.state.or.us

Attorneys for Defendants Oregon Youth Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PAUL GALM, personal representative for the estate of DYLLAN NANOSKI,<br><br>          Plaintiff,<br><br>   v.<br><br>STATE OF OREGON, by and through the Oregon Youth Authority; JOHN MALONE, in his individual capacity; SHANNON MOSHOFSKY in her individual capacity; STACEY VERNER in her individual capacity; GILBERTO DE JESUS-RENTAS, in his individual capacity; DANIEL BERGER, in his official and individual capacity; TARA WILLIAMS in her individual capacity; and LARA DOREGIOS, in her individual capacity,<br><br>          Defendants. | Case No.  xxx<br><br>NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1446 |

PLEASE TAKE NOTICE that Defendants State of Oregon, John Malone, Shannon

Moshofsky, Stacey Varner, Daniel Berger, Tara Williams, and Lara Doregios, hereby remove the

above-captioned civil case, *Paul Galm, PR for the Estate of Dyllan Nanoski v. State of Oregon, et al.,* Multnomah County Circuit Court Case No. 22CV43249, to the United States District Court for the District of Oregon, Portland Division, pursuant to 28 U.S.C. §§ 1331 and 1446. The grounds for removal are as follows:

1.      On December 21, 2022, plaintiff filed its complaint in the Multnomah County Circuit Court Case No. 22CV43249. The complaint contains claims for violations of the United States Constitution, as well as Oregon state law claims, based on State of Oregon's actions in Multnomah County. This Court has jurisdiction over the federal constitutional claims under 28 U.S.C. § 1331, as those claims raise federal questions. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a). A copy of the complaint is attached as **Exhibit 1.**

2.      Copies of all process, pleadings, and orders served on Defendant in the state action are attached as described below.

3.      The Proof of Service, filed on January 9, 2023, is attached as **Exhibit 2.**

4.      The Summons, filed on January 9, 2023, is attached as **Exhibit 3.**

5.      The Answer, filed on January 30, 2023, is attached as **Exhibit 4.**

6.      The Order Appointing Judge Andrew Lavin filed on February 7, 2023, is attached as **Exhibit 5.**

7.      The Protective Order, filed on March 24, 2023, is attached as **Exhibit 6.**

8.      The Unopposed Motion to Allow Plaintiff's Amended Complaint and Adding Defendants (ORCP 23 & ORCP 30), filed on May 31, 2023, is attached as **Exhibit 7.**

9.      The Order Granting Unopposed Motion to Allow Plaintiff's Amended Complaint and Adding Defendants (ORCP 23 & ORCP 30), filed on June 2, 2023, is attached as **Exhibit 8.**

10.     The First Amended Complaint, filed on June 12, 2023, is attached as **Exhibit 9.**

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

11.     The Acceptance of Service for defendants, filed on June 22, 2023, is attached as **Exhibit 10.**

12.     The Summons to Defendant John Malone, filed on June 22, 2023, is attached as **Exhibit 11.**

13.     The Summons to Defendant Shannon Moshofsky, filed on June 22, 2023, is attached as **Exhibit 12.**

14.     The Summons to Defendant Stacey Varner, filed on June 22, 2023, is attached as **Exhibit 13.**

15.     The Summons to Defendant Daniel Berger, filed on June 22, 2023, is attached as **Exhibit 14.**

16.     The Summons to Defendant Lara Doregios, filed on June 22, 2023, is attached as **Exhibit 15.**

17.     The Summons to Defendant Tara Williams, filed on June 22, 2023, is attached as **Exhibit 16.**

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

WHEREFORE, the above-captioned case is removed from the Multnomah County Circuit Court and to the U.S. District Court for the District of Oregon.

DATED June  30, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Todd Marshall*
TODD MARSHALL #112685
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Todd.Marshall@doj.state.or.us
Of Attorneys for Defendants State of Oregon,
John Malone, Shannon Moshofsky, Stacey
Varner, Daniel Berger, Tara Williams, and Lara
Doregios

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791